IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** White, Geoffrey

Printed: 3/11/08

Case Number: 04 B 17395
Judge: Hollis, Pamela S

Filed: 5/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 18, 2007
Confirmed: June 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,600.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 6,799.60 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 488.38 |
| Other Funds: |  | 12.02 |
| Totals: | 9,600.00 | 9,600.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,300.00 | 2,300.00 |
| 2. | First Community Bank | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 20,832.78 | 6,799.60 |
| 4. | Illinois Dept of Revenue | Priority | 8,061.53 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 22.00 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 2,309.13 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 32.06 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 134.32 | 0.00 |
| 9. | Associates Financial Services | Secured |  | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | CR England Inc | Unsecured |  | No Claim Filed |
| 13. | City Of Chicago | Unsecured |  | No Claim Filed |
| 14. | City Of Chicago | Unsecured |  | No Claim Filed |
| 15. | Comcast | Unsecured |  | No Claim Filed |
| 16. | Doctor's Office | Unsecured |  | No Claim Filed |
| 17. | Dr Getty | Unsecured |  | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 19. | Select Portfolio Servicing | Unsecured |  | No Claim Filed |
| 20. | SBC | Unsecured |  | No Claim Filed |
| 21. | Gill Sukhjit Singh MD | Unsecured |  | No Claim Filed |
| 22. | Helix Health Clinic | Unsecured |  | No Claim Filed |
| 23. | Grant Cardio Services | Unsecured |  | No Claim Filed |
| 24. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 25. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |

Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  White, Geoffrey | Case Number:  04 B 17395 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/11/08 | Filed:  5/3/04 |

| | | | |
|---|---|---|---|
| 26. | Medical Collections | Unsecured | No Claim Filed |
| 27. | Lincoln Park Hospital | Unsecured | No Claim Filed |
| 28. | National IPF Company | Unsecured | No Claim Filed |
| 29. | Steven A Greenberg | Unsecured | No Claim Filed |
| 30. | Montgomery Ward & Co Inc | Unsecured | No Claim Filed |
| 31. | Unimed | Unsecured | No Claim Filed |
| 32. | NCO Financial Systems | Unsecured | No Claim Filed |

$ 33,691.82          $ 9,099.60

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 47.97 |
| 6.5% | 160.38 |
| 3% | 35.95 |
| 5.5% | 214.13 |
| 5% | 29.95 |
| | $ 488.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

